**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | :<br>: |
| Vicente M. Saniel, Jr. | : Case No.: 17-30676<br>: Chapter 13 |
| Debtor. | : Judge Joan A. Lloyd<br>: * * * * * * * * * * * * * * * * * * * *<br>: |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII ("Creditor"), by and through its mortgage servicing agent Nationstar Mortgage LLC, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Vicente M. Saniel, Jr. ("Debtor"). For the reasons which follow, confirmation should be denied.

## MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 1571 Redbud Circle, Radcliff, KY 40160.  The Debtor's Chapter 13 Plan does not acknowledge that the subject mortgage loan matures during the bankruptcy. The Note, dated April 9, 2004 has a maturity of May 1, 2019. Creditor is filing this Objection to protect its interests and anticipates that this Objection can be resolved by agreed order acknowledging that the loan will be paid in full on or before the maturity date. The Amount that Creditor has estimated to be included in its claim is $24,967.78.  In addition, Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States

17-011804_SJW

Supreme Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

    WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

                           Respectfully submitted,

                           /s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

17-011804_SJW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202

William W. Lawrence, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202

and on the below listed parties by regular U.S. mail, postage prepaid on March  21 , 2017:

Vicente M. Saniel, Jr., 1571 Redbud Cir, Radcliff, KY  40160

Vicente M. Saniel, Jr. and Lilia B. Saniel, 1571 Redbud Circle, Radcliff, KY  40160

/s/ Amy E. Gardner

17-011804_SJW