UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Vicente M. Saniel, Jr. | : | Case No.: 17-30676 |
| | : | Chapter 13 |
| Debtor. | : | Judge Joan A. Lloyd |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

### AGREED ORDER TO SETTLE AMENDED OBJECTION TO CONFIRMATION OF PLAN (DOCKET # 14)

This matter having come before the Court on the Amended Objection to Confirmation of Plan which was filed in this court by U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII, ("Creditor"), by and through its mortgage servicing agent Nationstar Mortgage LLC, and it appearing to the Court that the parties have agreed to a course of action for the protection of Creditor; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. For the sole purpose of resolving Creditor's Amended Objection to Confirmation of the Plan filed March 28, 2017 at docket number 14, the parties agree that Creditor's total debt shall be paid once a claim is filed, through the Chapter 13 Trustee to Creditor over the life of the plan.

2. The Mortgage Dated April 9, 2014 recorded in the Hardin County Recorder's Office on May 5, 2004 as Book 1357, Page 388("the Mortgage") shall only be released upon the successful completion of this bankruptcy plan and issuance of a discharge order.

17-011804_BAS

3. Should this bankruptcy case be dismissed or converted to another chapter under the Bankruptcy Code, the Mortgage shall be fully reinstated and the above agreement void.

4. Upon entry of this Agreed Order, Creditor agrees to de-escrow the loan. Until such time, Creditor shall continue to advance taxes and insurance in connection with this escrowed loan. Creditor shall be permitted to file a Supplemental Proof of Claim for any post-petition advances it makes to pay taxes or insurance, including advances made by Creditor.

5. Once the loan is de-escrowed, Debtor agrees to maintain and keep current all post-petition real estate taxes and insurance with respect to the real property and improvements located at 1571 Redbud Circle, Radcliff, Kentucky, 40160 (the "Property"). Failure of Debtor to maintain and keep current all post-petition real estate taxes and insurance with respect to the Property shall constitute a default under this Agreed Order.

6. Upon the existence of a default, Creditor's counsel shall send Debtor and counsel for Debtor a 10-day notice of Creditor's intent to file an affidavit and proposed order granting relief from stay.

7. If the default is not cured within the 10-day period, then upon the filing of an affidavit by Creditor attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by § 362(a) and of the Bankruptcy Code with respect to Creditor, its successors and assigns.

**IT IS SO ORDERED.**

Submitted by:

/s/ Amy E. Gardner
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


/s/ Kimberly L. Staples
Kimberly L. Staples
385 West Lincoln Trail Blvd.
Radcliff, KY  40160
Telephone:  270-351-6032
Fax:  270-351-6069
Email:  mussel@bbtel.com
Attorney for Debtor

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202 (notified by ecf)

Kimberly L. Staples, Attorney for Debtor and/or Co-Debtor, 385 West Lincoln Trail Blvd., Radcliff, KY  40160 (notified by ecf)

Vicente M. Saniel
Debtor and/or Co-Debtor, 1571 Redbud Cir, Radcliff, KY  40160 (notified by regular US Mail)

Vicente M. Saniel, Jr. and Lilia B. Saniel, Debtor and/or Co-Debtor, 1571 Redbud Circle, Radcliff, KY 40160
(notified by regular US Mail)

Capital One, Party of Interest, c/o Morgan and Pottinger, 204 East Market Street, Louisville, KY  40202 (notified by regular US Mail)

Citibank South Dakota, Party of Interest, c/o Fenton and McGarvey, 2401 Stanley Gault Parkway, Louisville, KY  40223 (notified by regular US Mail)

GE Money Bank, Party of Interest, c/o Fenton and McGarvey, 2401 Stanley Gault Parkway, Louisville, KY  40223 (notified by regular US Mail)

GE Money Bank, Party of Interest, c/o Fenton and McGarvey, 2401 Stanley Gault Parkway, Louisville, KY  40223 (notified by regular US Mail)

Midland Funding, Party of Interest, c/o Morgan and Pottinger, 204 East Market Street, Louisville, KY  40202 (notified by regular US Mail)